# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PASCOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. CV 11-7082 JCG<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO PARTIES' STIPULATION** |

　　　　On July 19, 2012, the parties to this action filed a Joint Status Report ("Report") requesting that this case be dismissed without prejudice. On August 22, 2012, the Court provided plaintiff Michael Pascoe with a two-week window to object to the accuracy of the Report, but no objections were ever raised.

　　　　Accordingly, pursuant to the parties' stipulation, IT IS ORDERED THAT the above-captioned action be **dismissed without prejudice**.

Dated: September 11, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Jay C. Gandhi
　　　　　　　　　　　　　　　　　　United States Magistrate Judge