1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL PASCOE,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-7082 JCG

**ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO PARTIES' STIPULATION**

On July 19, 2012, the parties to this action filed a Joint Status Report ("Report") requesting that this case be dismissed without prejudice. On August 22, 2012, the Court provided plaintiff Michael Pascoe with a two-week window to object to the accuracy of the Report, but no objections were ever raised.

Accordingly, pursuant to the parties' stipulation, IT IS ORDERED THAT the above-captioned action be **dismissed without prejudice**.

Dated: September 11, 2012

_____
Hon. Jay C. Gandhi
United States Magistrate Judge