1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **CENTRAL DISTRICT OF CALIFORNIA**
8

9 MICHAEL PASCOE,                    ) Case No. CV 11-7082 JCG
10              Plaintiff,            )
                                      )
11        v.                          ) **JUDGMENT**
                                      )
12 MICHAEL J. ASTRUE,                 )
   COMMISSIONER OF SOCIAL            )
13 SECURITY ADMINISTRATION,           )
                                      )
14                                    )
              Defendant.             )
15 _____ )
16

17        IT IS ADJUDGED that the above-captioned action is **dismissed without**
18 **prejudice**.

19

20 Dated: September 11, 2012

21

22 _____
                                Hon. Jay C. Gandhi
23                         United States Magistrate Judge

24
25
26
27
28